[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10529
Non-Argument Calendar

_____

D.C. Docket No. 1:09-cr-00025-SJ-CCH-15


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SEVERO ESCOBAR-GARZON, IV,
a.k.a. Junior,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(November 29, 2012)

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Alan Glickman, appointed counsel for Severo Escobar-Garzon, IV, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Escobar-Garzon's conviction and sentence are **AFFIRMED**.